Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com
Rosanne L. Mah (Cal. Bar No. 242628)
rlm@classlitigation.com
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No.  5:15-MD-02617-LHK |
| | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| *This document relates to* | |
| Gloria K. Park, on behalf of herself and all others similarly situated, | Case No. 5:15-cv-00709-LHK |
| Plaintiff | |
| v. | |
| ANTHEM, INC., d/b/a Anthem Health Inc., an Indiana Corporation; and BLUE CROSS OF CALIFORNIA, d/b/a Anthem Blue Cross, a California Corporation, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

## WITHOUT PREJUDICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Gloria K. Park, by and through her counsel, hereby provides notice of dismissal without prejudice of her claims in *Park v. Anthem, Inc., et al.*, Case No. 5:15-cv-00709 (N.D. Cal). Plaintiff continues to be an unnamed putative class member to the extent she falls within the class definition of any class for which certification is sought in *In Re Anthem, Inc. Data Breach Litigation*, Case No. 5:15-md-02617-LHK.

Dated:  June 12, 2017

Respectfully submitted,

**LITIGATION LAW GROUP**

By: /s/ Gordon M. Fauth, Jr.

Gordon M. Fauth, Jr.
Rosanne L. Mah
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal of Action Without Prejudice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/Gordon M. Fauth, Jr.
Gordon M. Fauth, Jr.